IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE BERNARD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-cv-00635-RAH |
| ) | |
| MONTGOMERY POLICE ) | |
| DEPARTMENT and DETECTIVE ) | |
| ALFORD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 4, 2025, the Magistrate Judge filed a Recommendation (doc. 14) to which no timely objections have been filed. The Magistrate Judge recommends that Plaintiff's Complaint (doc. 1) be dismissed without prejudice. (Doc. 14 at 5.) Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 14) is **ADOPTED**.

2. Plaintiff's Complaint (doc. 1) is **DISMISSED without prejudice**.

DONE, on this the 26th day of March 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE